UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY AND GUARANTY INSURANCE COMPANY,

                Plaintiff,

-against-

ACCREDITED SURETY AND CASUALTY INSURANCE COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2023

23 Civ. 6427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 1, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by September 25, 2023.  ECF Nos. 6–7.  Those submissions are now overdue.

    Accordingly, by **October 25, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 29, 2023
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge