USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/8/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY AND GUARANTY INSURANCE COMPANY,

                Plaintiff,

-against-

ACCREDITED SURETY AND CASUALTY INSURANCE COMPANY,

                Defendant.

23 Civ. 6427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As fact discovery has closed, in accordance with the Court's scheduling order dated November 9, 2023, the parties shall contact the chambers of Magistrate Judge Jennifer Willis to schedule a settlement conference. ECF No. 24 ¶¶ 9–10.

    SO ORDERED.

Dated: May 8, 2024
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge