# USERY & ASSOCIATES

RACHEL J. CARBONELL, ESQ.
Admitted in CT & NY

**MAILING ADDRESS:**
P.O. BOX 2996
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/4/2025__

February 4, 2025

**VIA CM/ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007

    Re:    *Fidelity & Guaranty Ins. Co. v. Accredited Surety & Casualty Ins. Co., Inc.*
            Case No. 1:23-cv-06427-AT

Dear Judge Torres:

        This office represents the plaintiff, Fidelity and Guaranty Insurance Company ("Fidelity"), in connection with the above-referenced action. On January 16, 2025, Your Honor issued an Order (Document 49) requiring that the parties jointly file a proposed judgment by February 6, 2025 consistent with Your Honor's Order granting Fidelity's motion for summary judgment and denying Accredited Surety and Casualty Insurance Company's ("ASCC") cross-motion for summary judgment. I now write, with the consent of opposing counsel, to request that the deadline to file a proposed judgment be extended by thirty (30) days to March 8, 2025. The parties request this additional time to conduct post-summary judgment discovery on the issue of damages. This is the first requested extension of the Court's deadline.

        Thank you for Your Honor's attention and consideration.

                                            Respectfully submitted,

                                            */s/ Rachel J. Carbonell*

                                            Rachel J. Carbonell

GRANTED.

SO ORDERED.

Dated: February 4, 2025
         New York, New York

                                            ANALISA TORRES
                                          United States District Judge