# USERY & ASSOCIATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/11/2025__

RACHEL J. CARBONELL, ESQ.
Admitted in CT & NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

March 10, 2025

**VIA CM/ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007

  Re: *Fidelity & Guaranty Ins. Co. v. Accredited Surety & Casualty Ins. Co., Inc.*
     Case No. 1:23-cv-06427-AT

Dear Judge Torres:

  This office represents the plaintiff, Fidelity and Guaranty Insurance Company ("Fidelity"), in connection with the above-referenced action. On January 16, 2025, Your Honor issued an Order (Document 49) requiring that the parties jointly file a proposed judgment by February 6, 2025 consistent with Your Honor's Order granting Fidelity's motion for summary judgment and denying Accredited Surety and Casualty Insurance Company's ("ASCC") cross-motion for summary judgment. On February 4, 2025, Your Honor granted a thirty (30) day extension to file a proposed judgment.

  I now write, with the consent of opposing counsel, to request that the deadline to file a proposed judgment by thirty (30) additional days to April 7, 2025. Since the first extension, the parties have conducted post-summary judgment discovery on the issue of damages. The parties request this additional time to discuss the discovery with their clients and continue post-summary judgment settlement negotiations. This is the second requested extension of the Court's deadline.

  Thank you for Your Honor's attention and consideration.

                Respectfully submitted,

                */s/ Rachel J. Carbonell*

**GRANTED.**

**SO ORDERED.**

Dated: March 11, 2025
   New York, New York

              _____
              ANALISA TORRES
              United States District Judge