```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY AND GUARANTY INSURANCE COMPANY,

        Plaintiff,

-against-

ACCREDITED SURETY AND CASUALTY INSURANCE COMPANY,

        Defendant.

23 Civ. 6427 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 11, 2025, the Court directed the parties to jointly file a proposed judgment by April 7, 2025. ECF No. 53. That submission is now overdue. Accordingly, by **April 15, 2025**, the parties shall jointly file a proposed judgment or otherwise file a joint status update.

    SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge